DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERRY PARISH,**
Petitioner,

v.

**STATE OF FLORIDA,**
Respondent.

No. 4D19-1043

[January 8, 2020]

Petition for writ of habeas corpus to the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 98-018372CF10A.

Gerry Parish, South Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Assistant Attorney General, West Palm Beach, for respondent.

PER CURIAM.

*Affirmed* without prejudice to the petitioner filing a petition for writ of mandamus concerning his pending October 2018 Florida Rule of Criminal Procedure 3.850 motion.

WARNER, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***